# Notice Recipients

District/Off: 0420–3     User: admin     Date Created: 06/12/2024
Case: 24–02116–eg     Form ID: b309c     Total: 16

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Sparc Foundry, LLC | 2600 Marlboro Way    Bennettsville, SC 29512 |
| ust | US Trustee's Office | Strom Thurmond Federal Building    1835 Assembly St.    Suite 953    Columbia, SC 29201 |
| tr | Janet B. Haigler | Chapter 7 Panel Trustee    Post Office Box 505    Chapin, SC 29036 |
| aty | Richard R. Gleissner | Gleissner Law Firm, L.L.C.    1316 Washington Street    Suite 101    Columbia, SC 29201 |
| 544387565 | Bennettech LLC | 215 East Bay Street    Suite 201k 1712    Charleston    SC 29401 |
| 544387566 | Bennettech, LLC | 215 East Bay Street, Suite 201K    Charleston, SC 29401 |
| 544387567 | Bitmain Associates | 900 Old Roswell Lakes Parkway    Suite 310    Roswell, GA 30076 |
| 544387568 | City of Bennettsville | 501 E. Main Street    Bennettsville, SC 29512 |
| 544387569 | Data Volt SunSystems, LLC | 6650 Rivers Avenue    Suite 100    Charleston, SC 29406 |
| 544387570 | Duke Energy Progress | P.O. Box 1003    Charlotte, NC 28201 |
| 544387571 | KAMCP, LLC | 585 Cross Creek Trail    Gibsonville, NC 27249 |
| 544387572 | M. Dawes Cooke, Jr., Esquire | Barnwell Whaley Patterson & Helms, LLC    P.O. Drawer H    Charleston, SC 29401 |
| 544387575 | MPD Electric Cooperative, Inc. | 1301 E. Pocket Road    Florence, SC 29506 |
| 544387573 | Marlboro Electric Cooperative, Inc. | 676 Highway 9 E    Bennettsville, SC 29512 |
| 544387574 | Minerset Holdings, LLC | Registered Agent Solutions, Inc.    838 Walker Road, Suite 21–2    Dover, DE 19904 |
| 544387576 | Robert E. Lee, Esquire | 111 Witcover Street    Marion, SC 29571 |

TOTAL: 16