**United States Bankruptcy Court**
**District of South Carolina**

Case Number:  24–02116–eg                                          Chapter:  7

**In re:**
Sparc Foundry, LLC

**NOTICE OF REQUIREMENT TO FILE DEBTOR(S) ELECTRONIC NOTICING REQUEST (DeBN)**

| **Filed By The Court** |
| :---: |
| **6/13/24** |
| **L. Jefferson Davis, IV** |
| **Clerk of Court** |
| **US Bankruptcy Court** |

Notice is hereby given to the debtor(s) and the attorney for the debtor(s) that a Debtor's Electronic Noticing Request (DeBN) must be completed and filed within **14 days** from the date of this notice pursuant to Local Rule 9036–1.

L. Jefferson Davis, IV
Clerk of Court
United States Bankruptcy Court

By:  T Diamond, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201–2423
(803) 765–5436