| Information to identify the case: | | |
|---|---|---|
| Debtor | **Sparc Foundry, LLC**<br>Name | Last 4 Digits of EIN **93–1480154** |
| United States Bankruptcy Court **District of South Carolina**<br>Case number: **24–02116–eg** | | Date case filed for chapter **7   6/12/24** |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | Sparc Foundry, LLC | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 2600 Marlboro Way<br>Bennettsville, SC 29512 | |
| **4. Debtor's attorney**<br>Name and address | Richard R. Gleissner<br>Gleissner Law Firm, L.L.C.<br>1316 Washington Street<br>Suite 101<br>Columbia, SC 29201 | Contact phone 803–787–0505<br><br>Email: rick@gleissnerlaw.com |
| **5. Bankruptcy trustee**<br>Name and address | Janet B. Haigler<br>Chapter 7 Panel Trustee<br>Post Office Box 505<br>Chapin, SC 29036 | Contact phone 803–261–9806<br><br>Email: jhaigler@haiglerlawfirm.com |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | J. Bratton Davis United States<br>Bankruptcy Courthouse<br>1100 Laurel Street<br>Columbia, SC 29201–2423 | Hours open 8:30 am – 4:30 pm<br><br>Contact phone: 803–765–5436<br><br>Date: 6/12/24 |
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **July 8, 2024 at 10:00 AM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID and Passcode or call telephone number listed below:**<br>**Meeting ID: 514 987 6824, Passcode: 6278176026, Telephone: 1–803–853–1824**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc. |
| **8. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10. Miscellaneous Notice** | The Voice Case Information System (VICS) will give status information on cases filed or converted after 11/30/88. Call 1–866–222–8029. Please refer to the Court's website at www.scb.uscourts.gov for further information.<br>Property of the estate may be abandoned by the trustee at the meeting of creditors unless creditors or parties in interest object to SC LBR 6007–1. | |
| **11. Options to Receive Notices Served by the** | (1) Anyone can register for the Electronic Bankruptcy Noticing program at bankruptcynotices.uscourts.gov OR (2) Debtors can register for electronic notice by filing local form 'Debtor's Electronic Noticing Request (DeBN)' with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you court–issued notices and orders by email. See Local Rule 9036–1. | |

**Clerk by Email Instead of
by U.S. Mail**

United States Bankruptcy Court

District of South Carolina

| | |
|---|---|
| In re: | Case No. 24-02116-eg |
| Sparc Foundry, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0420-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 12, 2024 | Form ID: b309c | Total Noticed: 16 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Sparc Foundry, LLC, 2600 Marlboro Way, Bennettsville, SC 29512 |
| 544387565 | + | Bennettech LLC, 215 East Bay Street, Suite 201k 1712, Charleston, SC 29401-2633 |
| 544387566 | + | Bennettech, LLC, 215 East Bay Street, Suite 201K, Charleston, SC 29401-2635 |
| 544387567 | + | Bitmain Associates, 900 Old Roswell Lakes Parkway, Suite 310, Roswell, GA 30076-8667 |
| 544387568 | + | City of Bennettsville, 501 E. Main Street, Bennettsville, SC 29512-3257 |
| 544387569 | + | Data Volt SunSystems, LLC, 6650 Rivers Avenue, Suite 100, Charleston, SC 29406-4809 |
| 544387571 | + | KAMCP, LLC, 585 Cross Creek Trail, Gibsonville, NC 27249-9598 |
| 544387572 | + | M. Dawes Cooke, Jr., Esquire, Barnwell Whaley Patterson & Helms, LLC, P.O. Drawer H, Charleston, SC 29402-0197 |
| 544387575 | + | MPD Electric Cooperative, Inc., 1301 E. Pocket Road, Florence, SC 29506-8138 |
| 544387573 | + | Marlboro Electric Cooperative, Inc., 676 Highway 9 E, Bennettsville, SC 29512-7123 |
| 544387574 | + | Minerset Holdings, LLC, Registered Agent Solutions, Inc., 838 Walker Road, Suite 21-2, Dover, DE 19904-2751 |
| 544387576 | + | Robert E. Lee, Esquire, 111 Witcover Street, Marion, SC 29571-2929 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: rick@gleissnerlaw.com | Jun 12 2024 21:14:00 | Richard R. Gleissner, Gleissner Law Firm, L.L.C., 1316 Washington Street, Suite 101, Columbia, SC 29201 |
| tr | + | EDI: QJBHAIGLER.COM | Jun 13 2024 01:08:00 | Janet B. Haigler, Chapter 7 Panel Trustee, Post Office Box 505, Chapin, SC 29036-0505 |
| ust | + | Email/Text: ustpregion04.co.ecf@usdoj.gov | Jun 12 2024 21:14:00 | US Trustee's Office, Strom Thurmond Federal Building, 1835 Assembly St., Suite 953, Columbia, SC 29201-2448 |
| 544387570 | + | Email/PDF: PECBANKRUPTCY@duke-energy.com | Jun 12 2024 21:17:09 | Duke Energy Progress, P.O. Box 1003, Charlotte, NC 28201-1003 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0420-3 | User: admin | Page 2 of 2
Date Rcvd: Jun 12, 2024 | Form ID: b309c | Total Noticed: 16

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2024       Signature:       /s/Gustava Winters