**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 24–02116–eg　　　　　　　　　　　　　　　Chapter: 7

**In re:**
Sparc Foundry, LLC

**NOTICE TO FILE PROOF OF
CLAIM DUE TO RECOVERY OF ASSETS**

| Filed By The Court |
|---|
| **07/02/24**
L. Jefferson Davis, IV
Clerk of Court
US Bankruptcy Court |

NOTICE IS GIVEN THAT:

The initial notice in this case advised creditors that is was not necessary to file a proof of claim. However, since that notice was sent, assets have been recovered by the trustee. Therefore, creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court within the timeframes outlined below:

　　For all creditors (except a Governmental Unit):　　　　　　　　　For a Governmental Unit:
　　**90 days after the *mailing* of this notice.**　　　　**180 days after the order for relief, or 90 days after the *mailing* of this notice, whichever is later.**

Creditors who fail to file a proof of claim within the above timeframes may miss the opportunity to share in any distribution from the debtor's estate.

A proof of claim form may be filed electronically through the court's electronic proof of claim system (ePOC) found on the court's website at **www.scb.uscourts.gov/epoc**. A proof of claim form may also be filed by mailing a completed paper form to the attention of the Claims Clerk at the United States Bankruptcy Court, 1100 Laurel Street, Columbia, SC 29201. There is no filing fee for filing a proof of claim. **Any creditor who has already filed a proof of claim need not file another proof of claim.**

　　　　　　　　　　　　　　　　　　　　　　　L. Jefferson Davis, IV
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

　　　　　　　　　　　　　　　　　　　　　　　By:  P Barnello, Deputy Clerk
　　　　　　　　　　　　　　　　　　　　　　　1100 Laurel Street
　　　　　　　　　　　　　　　　　　　　　　　Columbia, SC 29201–2423
　　　　　　　　　　　　　　　　　　　　　　　(803) 765–5436