# Notice Recipients

District/Off: 0420–3  User: admin  Date Created: 7/2/2024
Case: 24–02116–eg  Form ID: 159BNC  Total: 17

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | US Trustee's Office | USTPRegion04.CO.ECF@usdoj.gov |
| aty | Richard R. Gleissner | rick@gleissnerlaw.com |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Sparc Foundry, LLC | 2600 Marlboro Way | Bennettsville, SC 29512 | |
| tr | Janet B. Haigler | Chapter 7 Panel Trustee | Post Office Box 505 | Chapin, SC 29036 |
| aty | Janet B. Haigler | Chapter 7 Panel Trustee | Post Office Box 505 | Chapin, SC 29036 |
| 544387565 | Bennettech LLC | 215 East Bay Street  Suite 201k 1712 | Charleston  SC 29401 | |
| 544387566 | Bennettech, LLC | 215 East Bay Street, Suite 201K | Charleston, SC 29401 | |
| 544387567 | Bitmain Associates | 900 Old Roswell Lakes Parkway  Suite 310 | Roswell, GA 30076 | |
| 544387568 | City of Bennettsville | 501 E. Main Street | Bennettsville, SC 29512 | |
| 544387569 | Data Volt SunSystems, LLC | 6650 Rivers Avenue  Suite 100 | Charleston, SC 29406 | |
| 544387570 | Duke Energy Progress | P.O. Box 1003 | Charlotte, NC 28201 | |
| 544387571 | KAMCP, LLC | 585 Cross Creek Trail | Gibsonville, NC 27249 | |
| 544387572 | M. Dawes Cooke, Jr., Esquire | Barnwell Whaley Patterson and Helms, LLC  P.O. Drawer H | Charleston, SC 29401 | |
| 544387575 | MPD Electric Cooperative, Inc. | 1301 E. Pocket Road | Florence, SC 29506 | |
| 544387573 | Marlboro Electric Cooperative, Inc. | 676 Highway 9 E | Bennettsville, SC 29512 | |
| 544387574 | Minerset Holdings, LLC | Registered Agent Solutions, Inc. | 838 Walker Road, Suite 21–2 | Dover, DE 19904 |
| 544387576 | Robert E. Lee, Esquire | 111 Witcover Street | Marion, SC 29571 | |

TOTAL: 15