**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 24−02116−eg                              Chapter: 7

**In re:**

Sparc Foundry, LLC

**NOTICE TO FILE PROOF OF**
**CLAIM DUE TO RECOVERY OF ASSETS**

| **Filed By The Court** |
| --- |
| **07/02/24** |
| **L. Jefferson Davis, IV** |
| **Clerk of Court** |
| **US Bankruptcy Court** |

NOTICE IS GIVEN THAT:

The initial notice in this case advised creditors that is was not necessary to file a proof of claim. However, since that notice was sent, assets have been recovered by the trustee. Therefore, creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court within the timeframes outlined below:

| For all creditors (except a Governmental Unit): | For a Governmental Unit: |
| --- | --- |
| **90 days after the *mailing* of this notice.** | **180 days after the order for relief, or 90 days after the *mailing* of this notice, whichever is later.** |

Creditors who fail to file a proof of claim within the above timeframes may miss the opportunity to share in any distribution from the debtor's estate.

A proof of claim form may be filed electronically through the court's electronic proof of claim system (ePOC) found on the court's website at **www.scb.uscourts.gov/epoc**. A proof of claim form may also be filed by mailing a completed paper form to the attention of the Claims Clerk at the United States Bankruptcy Court, 1100 Laurel Street, Columbia, SC 29201. There is no filing fee for filing a proof of claim. **Any creditor who has already filed a proof of claim need not file another proof of claim.**

L. Jefferson Davis, IV
Clerk of Court
United States Bankruptcy Court

By:  P Barnello, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201−2423
(803) 765−5436

United States Bankruptcy Court

District of South Carolina

In re:     Case No. 24-02116-eg

Sparc Foundry, LLC     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0420-3     User: admin     Page 1 of 2

Date Rcvd: Jul 02, 2024     Form ID: 159BNC     Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 544387565 | + | Bennettech LLC, 215 East Bay Street, Suite 201k 1712, Charleston, SC 29401-2633 |
| 544387566 | + | Bennettech, LLC, 215 East Bay Street, Suite 201K, Charleston, SC 29401-2635 |
| 544387567 | + | Bitmain Associates, 900 Old Roswell Lakes Parkway, Suite 310, Roswell, GA 30076-8667 |
| 544387568 | + | City of Bennettsville, 501 E. Main Street, Bennettsville, SC 29512-3257 |
| 544387569 | + | Data Volt SunSystems, LLC, 6650 Rivers Avenue, Suite 100, Charleston, SC 29406-4809 |
| 544387571 | + | KAMCP, LLC, 585 Cross Creek Trail, Gibsonville, NC 27249-9598 |
| 544387572 | + | M. Dawes Cooke, Jr., Esquire, Barnwell Whaley Patterson and Helms, LLC, P.O. Drawer H, Charleston, SC 29402-0197 |
| 544387575 | + | MPD Electric Cooperative, Inc., 1301 E. Pocket Road, Florence, SC 29506-8138 |
| 544387573 | + | Marlboro Electric Cooperative, Inc., 676 Highway 9 E, Bennettsville, SC 29512-7123 |
| 544387574 | + | Minerset Holdings, LLC, Registered Agent Solutions, Inc., 838 Walker Road, Suite 21-2, Dover, DE 19904-2751 |
| 544387576 | + | Robert E. Lee, Esquire, 111 Witcover Street, Marion, SC 29571-2929 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | | Email/PDF: lawrencehao123@gmail.com | Jul 02 2024 21:08:00 | Sparc Foundry, LLC, 2600 Marlboro Way, Bennettsville, SC 29512 |
| tr | + | EDI: QJBHAIGLER.COM | Jul 03 2024 01:11:00 | Janet B. Haigler, Chapter 7 Panel Trustee, Post Office Box 505, Chapin, SC 29036-0505 |
| 544387570 | + | Email/PDF: PECBANKRUPTCY@duke-energy.com | Jul 02 2024 21:17:11 | Duke Energy Progress, P.O. Box 1003, Charlotte, NC 28201-1003 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Janet B. Haigler, Chapter 7 Panel Trustee, Post Office Box 505, Chapin, SC 29036-0505 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0420-3 | User: admin | Page 2 of 2
Date Rcvd: Jul 02, 2024 | Form ID: 159BNC | Total Noticed: 14

Date: Jul 04, 2024         Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Janet B. Haigler | on behalf of Trustee Janet B. Haigler jhaigler@haiglerlawfirm.com jhaigler@ecf.axosfs.com |
| Janet B. Haigler | jhaigler@haiglerlawfirm.com jhaigler@ecf.axosfs.com |
| Richard R. Gleissner | on behalf of Debtor Sparc Foundry LLC rick@gleissnerlaw.com, anissa@gleissnerlaw.com |
| US Trustee's Office | USTPRegion04.CO.ECF@usdoj.gov |

TOTAL: 4