**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 24−02116−egChapter: 7

**In re:**
Sparc Foundry, LLC

| Entered By The Court 8/6/24 | NOTICE OF INSUFFICIENT ORDER | **Filed By The Court** 08/06/24 L. Jefferson Davis, IV Clerk of Court US Bankruptcy Court |
|---|---|---|

To:  Janet B. Haigler
Type of Order:  Order Authorizing Employment
Your order as presented is insufficient for the reason checked below:

- ☐ name of debtor(s) should be inserted
- ☐ name of creditor should be inserted
- ☐ names, addresses, and phone numbers of parties should be inserted
- ☐ missing signature(s)
- ☐ attachments not present
- ☐ description of property to be released is insufficient
- ☑ per Chambers directions

The proposed order shall specify the proposed contingency fee agreement

Please resubmit another proposed order after the noted deficiency is cured. The resubmitted order shall not be considered an amended order.

L. Jefferson Davis, IV
Clerk of Court
United States Bankruptcy Court

By:  D Woods, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201−2423
(803) 765−5436