# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0420–3 | User: admin | Date Created: 8/6/2024 |
| Case: 24–02116–eg | Form ID: 917BNC | Total: 3 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | US Trustee's Office | USTPRegion04.CO.ECF@usdoj.gov |
| tr | Janet B. Haigler | jhaigler@haiglerlawfirm.com |
| aty | Janet B. Haigler | jhaigler@haiglerlawfirm.com |

TOTAL: 3