**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

|  |  |  |
|---|---|---|
| *In re:* | ) ) ) | Chapter 7 |
| Sparc Foundry, LLC, | ) ) ) |  |
| *Debtor.* | ) ) | Case No. 24-02116-eg |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the law firms of Gulley Johnson, PLLC (as lead counsel) and Rogers Townsend, LLC (as local counsel), hereby enter their appearance on behalf of Minerset Holdings, LLC, a creditor and party in interest, and request that any and all notices given or required to be given in the above captioned case and all papers served in this case be given to and served upon the undersigned counsel for Minerset Holdings, LLC and that the undersigned counsel be added to the general mailing matrix and any shortened mailing matrix or service list.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, without limitation, any and all orders, notices, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telecopy, electronic or computer means, or otherwise, that affects the above-captioned Debtor, any property of the Debtor or any property in which the Debtor holds an interest.

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance nor any subsequent appearance, pleading, claim or suit, is intended to waive (i) this party's right to have final orders in noncore matters entered only after *de novo* review by a district judge, (ii) this party's

right to trial by jury in any proceedings or trial so triable herein or in any case, controversy, or proceeding relating thereto, (iii) this party's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which this party is or may be entitled to under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments this party expressly reserves. Further, this appearance constitutes a special appearance and is not to be deemed a consent to or waiver of the right to challenge the jurisdiction of the Bankruptcy Court under sovereign immunity or any other basis, which right is expressly reserved.

Dated: August 6, 2024.                                    ROGERS TOWNSEND, LLC

/s/ Robert P. Wood
Robert P. Wood, Esq. (Dist. Ct. ID # 4738)
1221 Main Street, 14th Floor (29201)
P.O. Box 100200
Columbia, South Carolina 29202
Tel: (803) 771-7900
Fax: (803) 343-7017
Robert.Wood@RogersTownsend.com
*Local Counsel to Minerset Holdings, LLC*

and

Derek A. Johnson, Esq. (*pro hac vice* application to be filed)
GULLEY JOHNSON, PLLC
413 North Washington Avenue
Livingston, Texas 77351
(713) 863-1488
derek@gulleyjohnson.com
*Lead Counsel to Minerset Holdings, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| *In re:* | Chapter 7 |
| Sparc Foundry, LLC, | |
| *Debtor.* | Case No. 24-02116-eg |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 6th day of August, 2024, a copy of the attached was served on the parties listed below via CM/ECF:

Rick Gleissner, Esq.
Gleissner Law Firm, LLC
1316 Washington Street, Suite 101
Columbia, SC 29201
(803) 787-0505
rick@gleissnerlaw.com
*Counsel for Debtor*

Janet B. Haigler, Esq.
Post Office Box 505
Chapin, SC 29036
(803) 261-9806
jhaigler@haiglerlawfirm.com
*Chapter 7 Panel Trustee*

Jeremy Hodges, Esq.
Rikard & Protopapas, LLC
2110 N. Beltline Blvd.
Post Office Box 5640 (29250)
Columbia, SC 29204
(803) 978-6111
rgr@rplegalgroup.com
jhodges@rplegalgroup.com
*Counsel for Trustee*

/s/ Jennifer L. Tucker
Jennifer L. Tucker, Paralegal
Rogers Townsend, LLC
P.O. Box 100200
Columbia, South Carolina 29202
Tel: (803) 771-7900

3