**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| *In re:* ) | Chapter 7 |
| ) | |
| Sparc Foundry, LLC, ) | |
| ) | |
| *Debtor.* ) | Case No. 24-02116-eg |
| ) | |

**MOTION IN SUPPORT OF *PRO HAC VICE* APPLICATION**

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that <u>Derek Johnson</u> be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

      5.      Certification of Consultation (Local Civil Rule 7.02).

☒    Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; ☒ does not intend to oppose

☐    Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):

☐    No duty of consultation is required because the opposing party is proceeding pro se.

Dated: August 6, 2024.                        ROGERS TOWNSEND, LLC

/s/ Robert P. Wood
Robert P. Wood, Esq. (Dist. Ct. ID #4738)
Michael H. Weaver, Esq. (Dist. Ct. ID # 9847)
1221 Main Street, 14th Floor (29201)
Post Office Box 100200
Columbia, South Carolina 29201
Tel: (803) 771-7900
Fax: (803) 343-7017
Robert.Wood@RogersTownsend.com
Michael.Weaver@RogersTownsend.com

*Local Counsel for Minerset Holdings, LLC*