**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| *In re:* | ) | Chapter 7 |
| Sparc Foundry, LLC | ) | |
| *Debtor.* | ) | Case No. 24-02116-eg |

**SUPPLEMENTAL APPLICATION FOR *PRO HAC VICE* ADMISSION**

The undersigned has filed an Application for *Pro Hac Vice* Admission. The undersigned further certifies that:

1. Derek Johnson has a proficient understanding of bankruptcy law and procedure to wit: regularly represents a variety of parties in bankruptcy cases.

2. Derek Johnson agrees to abide by the District of South Carolina Local Bankruptcy Rules and applicable chambers guidelines.

_____
Derek Johnson