**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

|  |  |  |
|---|---|---|
| *In re:* | ) | Chapter 7 |
|  | ) |  |
| Sparc Foundry, LLC, | ) |  |
|  | ) |  |
| *Debtor.* | ) | Case No. 24-02116-eg |
|  | ) |  |

A Motion and Application/Affidavit for Admission *Pro Hac Vice* has been filed in this case and considered by the undersigned.

IT IS ORDERED THAT:

Applicant: Derek A. Johnson who represents Minerset Holdings, LLC

☐    Be **granted** admission *pro hac vice* in this case.

☐    Be **denied** admission *pro hac vice* in this case.

_____
Date

_____
United States District/Magistrate Judge