# U.S. BANKRUPTCY COURT
## District of South Carolina

Case Number:  **24-02116-eg**

## ORDER ON APPLICATION TO EMPLOY

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby ORDERED.

---

**FILED BY THE COURT**
**08/07/2024**



Elisabetta G. M. Gasparini
US Bankruptcy Judge
District of South Carolina

Entered: 08/07/2024

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

In re:

Sparc Foundry, LLC

Debtor.

Chapter 7

Case No.   24-02116-eg

ORDER AUTHORIZING EMPLOYMENT
OF LEGAL COUNSEL UNDER A CONTINGENCY FEE BASIS

Upon the annexed application of Janet B. Haigler, Trustee for the above estate, praying for authority to employ and appoint, as legal counsel, Rikard + Protopapas LLC, 2110 N. Beltline Blvd., Columbia, SC 29204, under a contingency fee basis, plus costs, to represent the Trustee regarding certain avoidance actions and related claims ("Claims") and it appearing that no notice of a hearing on said application should be given, and no adverse interest having been represented, and it further appearing that Rikard + Protopapas LLC has no interest adverse to the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed by the United States Trustee, that the employment is necessary and will be in the best interests of the case, and that the case is one justifying a contingency basis for services rendered and to be rendered, it is

ORDERED, ADJUDGED AND DECREED that Janet B. Haigler, Trustee, be, and she hereby is, authorized to employ Rikard + Protopapas LLC as her legal counsel for the purpose described in the annexed application. Employment is effective from the date of the filing of the application. Rikard + Protopapas LLC is retained on a contingency fee basis, plus costs, as follows:

(a)     A sum equal to 33% of the gross amount recovered from any settlement, award, judgment, or recovery of the Claims.

(b)     In the event of any recovery from any settlement, award, judgment, or recovery of the Claims obtained within ninety (90) days prior to the beginning of a trial in any action filed on behalf of the Trustee, the contingency fee will increase from 33% to a sum equal to 40% of the gross amount recovered.

(c)     Any costs or expenses incurred for the preparation and trial of any actions pursued for the benefit of the estate which costs and expenses shall be reimbursed to the firm out of any recovery from the Claims.

(d)     NO CHARGE OF ANY KIND TO THE ESTATE IF NO MONEY IS RECOVERED.

Legal counsel's compensation shall be set by the Court according to 11 U.S.C. §330(a) and, therefore, may be different from the terms of compensation discussed by the Trustee and legal counsel.