# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0420–3 | User: admin | Date Created: 8/7/2024 |
| Case: 24–02116–eg | Form ID: pdf01 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
tr     Janet B. Haigler     jhaigler@haiglerlawfirm.com
aty    Janet B. Haigler     jhaigler@haiglerlawfirm.com

TOTAL: 2