# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| *In re:* | Chapter 7 |
| Sparc Foundry, LLC, | |
| *Debtor.* | Case No. 24-02116-eg |

A Motion and Application/Affidavit for Admission *Pro Hac Vice* has been filed in this case and considered by the undersigned.

IT IS ORDERED THAT:

Applicant: Derek A. Johnson who represents Minerset Holdings, LLC

    ☒    Be **granted** admission *pro hac vice* in this case.

    ☐    Be **denied** admission *pro hac vice* in this case.

**FILED BY THE COURT**
**08/08/2024**



Entered: 08/08/2024

Elisabetta G. M. Gasparini
US Bankruptcy Judge
District of South Carolina