# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0420–3 | User: admin | Date Created: 8/8/2024 |
| Case: 24–02116–eg | Form ID: pdf01 | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty    Robert P. Wood    robert.wood@rogerstownsend.com

TOTAL: 1