UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re<br><br>SPARC FOUNDRY, LLC,<br><br>Debtor | Chapter 7<br>Case No. 24-02116-eg |

**ORDER REQUIRING PRODUCTION
OF DOCUMENTS AND TANGIBLE THINGS BY AND EXAMINATION OF THE
DEBTOR PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY
PROCEDURE**

This matter is before the Court upon the *Motion for Order Requiring Production of Documents and Examination of the Debtor Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure* ("**Motion**") filed by Bitmain Technologies Georgia Limited ("**Bitmain**") and in consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other further notice need be provided; and upon the Court's consideration of the Motion; and the Court having determined that there exists just cause for the relief granted herein; it is HEREBY ORDERED that:

1. The Motion is GRANTED; and

2. Lixiong Hao and Jingrui Yu shall submit to be examined pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure under oath on September 10, 2024 beginning at 10 a.m. at the offices of Nelson Mullins Riley & Scarborough LLP, located at 1320 Main Street,

17th Floor, Columbia, South Carolina, or such other time and place as may be mutually convenient to the parties, with such examination to continue until such time as it is complete; and Bitmain is authorized pursuant to Bankruptcy Rule 2006(c) to compel Lixiong Hao and Jingrui Yu to appear and produce documents or electronically stored information.

AND IT IS SO ORDERED.

**FILED BY THE COURT**
**08/09/2024**



Entered: 08/09/2024

Elisabetta G. M. Gasparini
US Bankruptcy Judge
District of South Carolina