# Notice Recipients

District/Off: 0420–3     User: admin     Date Created: 8/9/2024
Case: 24–02116–eg     Form ID: pdf01     Total: 1

**Recipients of Notice of Electronic Filing:**
aty     Jody A. Bedenbaugh     jody.bedenbaugh@nelsonmullins.com

TOTAL: 1