## Rick Gleissner

| | |
|---|---|
| **From:** | Rick Gleissner |
| **Sent:** | Friday, August 23, 2024 2:26 PM |
| **To:** | Peter Haley |
| **Cc:** | Madison Jeffords; Anissa Crow; Jody Bedenbaugh |
| **Subject:** | RE: Sparc Foundry, LLC, Chapter 7 Case No. 24-02116- (Bankr. S.C.) |

Okay, I will file a motion for a protective order and we can see if the Court will require the 2004 exam to be done via Zoom.

Thanks
Rick

**From:** Peter Haley <Peter.Haley@nelsonmullins.com>
**Sent:** Friday, August 23, 2024 1:38 PM
**To:** Rick Gleissner <Rick@gleissnerlaw.com>
**Cc:** Madison Jeffords <madison@gleissnerlaw.com>; Anissa Crow <Anissa@gleissnerlaw.com>; Jody Bedenbaugh <jody.bedenbaugh@nelsonmullins.com>
**Subject:** RE: Sparc Foundry, LLC, Chapter 7 Case No. 24-02116- (Bankr. S.C.)

No, we would like it to be conducted in South Carolina as provided for in the order.

Please let me know on the timing of the documents as well.

Thanks

PJH


Peter Haley
peter.haley@nelsonmullins.com
617.217.4714
617-281-1517

**From:** Rick Gleissner <Rick@gleissnerlaw.com>
**Sent:** Friday, August 23, 2024 1:35 PM
**To:** Peter Haley <Peter.Haley@nelsonmullins.com>
**Cc:** Madison Jeffords <madison@gleissnerlaw.com>; Anissa Crow <Anissa@gleissnerlaw.com>; Jody Bedenbaugh <jody.bedenbaugh@nelsonmullins.com>
**Subject:** RE: Sparc Foundry, LLC, Chapter 7 Case No. 24-02116- (Bankr. S.C.)

Peter,

I think we are okay with September 10, 2024, which is the date that it is presently scheduled for.  I will verify and get back to you.  Are you okay with doing it by Zoom?

I'm not sure of the purpose of the Rule 2004 Exam, but that doesn't stop you from requesting and taking it. I'm sure that you have examined the use of Rule 2004 examinations and the inability to use them in litigation whether in bankruptcy court or outside of bankruptcy court.

Thanks
Rick

---

**From:** Peter Haley <Peter.Haley@nelsonmullins.com>
**Sent:** Friday, August 23, 2024 11:15 AM
**To:** Rick Gleissner <Rick@gleissnerlaw.com>
**Subject:** Sparc Foundry, LLC, Chapter 7 Case No. 24-02116- (Bankr. S.C.)

Rick

I would like to agree on a date for the Rule 2004 depositions of your clients.
Please let me know what dates would work on your side.

Thanks

PJH

PETER J. HALEY   PARTNER
peter.haley@nelsonmullins.com
ONE FINANCIAL CENTER | SUITE 3500
BOSTON, MA 02111
T 617.217.4714   F 617.217.4710
NELSONMULLINS.COM    VCARD   VIEW BIO

**Confidentiality Notice**
This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.