IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

In re: Sparc Foundry, LLC ) 
) Case No.: 2024-02116-eg
Debtor, )
)
_____ )

### AFFIDAVIT OF LIXIONG HAO

PERSONALLY APPEARED before me, an officer duly authorized by law to administer

oaths, Lixiong Hao, who after first being duly sworn, states:

1. My name is Lixiong Hao and I am generally referred to by my nickname "Lawrence"). I

   am competent in all respects to testify regarding the matters set forth herein.

2. I am a resident of California.

3. Since the closing of Bennettech LLC and Sparc Foundry, LLC, I do not conduct any

   business in South Carolina.

FURTHER AFFIANT SAYETH NAUGHT

_____
Lixiong Hao

Sworn to and subscribed before
Me this ____ day of August, 2024

SEE ATTACHED FORM
ALLPURPOSE ACKONWLEDGMENT
OR CALIFORNIA JURAT

_____
Notary Public, State of California
My Commission Expires: _____

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of LOS ANGELES

Subscribed and sworn to (or affirmed) before me on this 27 day of AUGUST , 20 24 , by LIXIONG HAO

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

J. GUADALUPE LOPEZ
Notary Public - California
Los Angeles County
Commission # 2475537
My Comm. Expires Jan 2, 2028

(Seal)

Signature