IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

In re: Sparc Foundry, LLC       )
                                )   Case No.: 2024-02116-eg
        Debtor,                 )
                                )
_____ )

### AFFIDAVIT OF JINGRUI YU

PERSONALLY APPEARED before me, an officer duly authorized by law to administer oaths, Jingrui Yu, who after first being duly sworn, states:

1. My name is Jingrui Yu and I am generally referred to by my nickname "Ray". I am competent in all respects to testify regarding the matters set forth herein.

2. I am a resident of California.

3. Since the closing of Bennettech LLC and Sparc Foundry, LLC, I do not conduct any business in South Carolina.

FURTHER AFFIANT SAYETH NAUGHT

_____
Jingrui Yu

Sworn to and subscribed before
Me this 27 day of August, 2024

**SEE ATTACHED FOR NOTARY**

_____
Notary Public, State of California
My Commission Expires: _____

Page 1 of 2

# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of __ORANGE__

Subscribed and sworn to (or affirmed) before me on this __27__ day of __August__, 20__24__ by __Jingrui Yu__, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Signature                                      (Seal)

MARC TIZON
COMM # 2422254
ORANGE County
California Notary Public
Comm Exp Oct. 20, 2026

---

## OPTIONAL INFORMATION

DESCRIPTION OF THE ATTACHED DOCUMENT

__Affidavit            08__
(Title or description of attached document)

__Jingrui Yu__
(Title or description of attached document continued)

Number of Pages _____ Document Date _____

Additional information

## INSTRUCTIONS

The wording of all Jurats completed in California after January 1, 2015 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one with does contain the proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.

- State and county information must be the state and county where the document signer(s) personally appeared before the notary public.
- Date of notarization must be the date the signer(s) personally appeared which must also be the same date the jurat process is completed.
- Print the name(s) of the document signer(s) who personally appear at the time of notarization.
- Signature of the notary public must match the signature on file with the office of the county clerk.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
  - ❖ Additional information is not required but could help to ensure this jurat is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
- Securely attach this document to the signed document with a staple.

www.NotaryClasses.com 800-873-9865