**United States Bankruptcy Court**
**District of South Carolina**

Case Number:  24–02116–eg                      Chapter:  7

**In re:**

Sparc Foundry, LLC

**NOTICE OF HEARING**

| Filed By The Court |
|---|
| **8/30/24**<br>**L. Jefferson Davis, IV**<br>**Clerk of Court**<br>**US Bankruptcy Court** |

---

**PLEASE TAKE NOTICE** that a hearing will be held at:

**J. Bratton Davis United States**
**Bankruptcy Courthouse**
**1100 Laurel Street**
**Columbia SC 29201–2423**

on **September 10, 2024** at **01:30 PM**, to consider and act upon the following document(s):

Motion for Protective Order Filed by Richard R. Gleissner on behalf of Sparc Foundry, LLC.

The document(s) related thereto have been filed with the Court. Any party objecting to the relief sought must file a response with the Clerk of Court in accordance with applicable rules and statutes and must serve the party seeking the relief with a copy of said objection **by 9/6/24.** Any party objecting but failing to appear in prosecution of the objection may be considered to have waived the objection.

L. Jefferson Davis, IV
Clerk of Court
United States Bankruptcy Court

By:  C Tull, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201–2423
(803) 765–5436