# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0420–3 | User: admin | Date Created: 8/30/2024 |
| Case: 24–02116–eg | Form ID: 135BNC | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty     Richard R. Gleissner     rick@gleissnerlaw.com

TOTAL: 1