IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re: Sparc Foundry, LLC ) | |
| ) | Case No.: 2024-02116-eg |
| Debtor, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| _____ ) | |

     I, the undersigned attorney of the Gleissner Law Firm, LLC, attorneys for the Debtor, Sparc Foundry, LLC, hereby certifies that I have served a copy of the documents listed below in connection with the above-referenced case as indicated below on August 30, 2024:

**Documents served**

1. Motion for Protective Order filed by Sparc Foundry, LLC on August 28, 2024
2. Notice of Hearing for Motion for Protective Order filed by Sparc Foundry, LLC

**Parties served**
**VIA USPS**
See attached Mailing Matrix

    \s Richard R. Gleissner_____
    Richard R. Gleissner, Esquire
    S.C. Dist. ID 5389
    Gleissner Law Firm, L.L.C.
    1316 Washington Street, Suite 101
    Columbia, South Carolina 29201
    (803) 787-0505
    Attorney for the Debtor, Sparc Foundry, LLC

August 30, 2024