| | | |
|---|---|---|
| Label Matrix for local noticing<br>0420-3<br>Case 24-02116-eg<br>District of South Carolina<br>Columbia<br>Fri Aug 30 15:39:21 EDT 2024 | Jody A. Bedenbaugh<br>Nelson, Mullins, Riley and Scarborough<br>PO Box 11070<br>Columbia, SC 29211-1070 | Bennettech LLC<br>215 East Bay Street<br>Suite 201k 1712<br>Charleston<br>SC 29401-2633 |
| Bennettech, LLC<br>215 East Bay Street, Suite 201K<br>Charleston, SC 29401-2635 | Bitmain Associates<br>900 Old Roswell Lakes Parkway<br>Suite 310<br>Roswell, GA 30076-8667 | Bitmain Technologies Georgia Limited<br>c/o Jody Bedenbaugh<br>Nelson Mullins Riley & Scarborough LLP<br>P.O. Box 11070<br>Columbia, SC 29211-1070 |
| City of Bennettsville<br>501 E. Main Street<br>Bennettsville, SC 29512-3257 | Data Volt SunSystems, LLC<br>6650 Rivers Avenue<br>Suite 100<br>Charleston, SC 29406-4809 | Duke Energy Progress<br>P.O. Box 1003<br>Charlotte, NC 28201-1003 |
| Richard R. Gleissner<br>Gleissner Law Firm, L.L.C.<br>1316 Washington Street<br>Suite 101<br>Columbia, SC 29201-3381 | Janet B. Haigler<br>Chapter 7 Panel Trustee<br>Post Office Box 505<br>Chapin, SC 29036-0505 | Derek A. Johnson<br>Gulley Johnson, PLLC<br>413 N. Washington Ave.<br>Livingston, TX 77351-2837 |
| KAMCP, LLC<br>585 Cross Creek Trail<br>Gibsonville, NC 27249-9598 | M. Dawes Cooke, Jr., Esquire<br>Barnwell Whaley Patterson and Helms, LLC<br>P.O. Drawer H<br>Charleston, SC 29402-0197 | MPD Electric Cooperative, Inc.<br>1301 E. Pocket Road<br>Florence, SC 29506-8138 |
| Marlboro Electric Cooperative, Inc.<br>676 Highway 9 E<br>Bennettsville, SC 29512-7123 | Minerset Holdings, LLC<br>Registered Agent Solutions, Inc.<br>838 Walker Road, Suite 21-2<br>Dover, DE 19904-2751 | Robert E. Lee, Esquire<br>111 Witcover Street<br>Marion, SC 29571-2929 |
| Sparc Foundry, LLC<br>2600 Marlboro Way<br>Bennettsville, SC 29512 | US Trustee's Office<br>Strom Thurmond Federal Building<br>1835 Assembly St.<br>Suite 953<br>Columbia, SC 29201-2448 | Michael H. Weaver<br>Rogers Townsend, LLC<br>1221 Main Street, 14th Floor<br>Columbia, SC 29201-6224 |
| Robert P. Wood<br>Rogers Townsend, LLC<br>1221 Main Street<br>Ste 14th Floor<br>Columbia, SC 29201-6224 | Jason D Wyman<br>Womble Bond Dickinson (US) LLP<br>550 South Main Street<br>Suite 400<br>Greenville, SC 29601-2541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Janet B. Haigler<br>Chapter 7 Panel Trustee<br>Post Office Box 505<br>Chapin, SC 29036-0505 | (u)Marlboro Electric Cooperative, Inc. | (u)Minerset Holdings, LLC |