UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In re

SPARC FOUNDRY, LLC,

Debtor

Chapter 7
Case No. 24-02116-eg

**Order**

A Motion and Application/Affidavit for Admission *Pro Hac Vice* has been filed in this case and considered by the undersigned.

IT IS ORDERED THAT:

Applicant: <u>Peter J. Haley</u> who represents Bitmain Technologies Georgia Limited,

- ☒    Be **granted** admission *pro hac vice* in this case.

- ☐    Be **denied** admission *pro hac vice* in this case.

4866-9438-6398 v.1