UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| In re<br><br>SPARC FOUNDRY, LLC,<br><br>Debtor | Chapter 7<br>Case No. 24-02116-eg |
|---|---|

### Order

A Motion and Application/Affidavit for Admission *Pro Hac Vice* has been filed in this case and considered by the undersigned.

IT IS ORDERED THAT:

Applicant: <u>Peter J. Haley</u> who represents Bitmain Technologies Georgia Limited,

☒ Be **granted** admission *pro hac vice* in this case.

☐ Be **denied** admission *pro hac vice* in this case.

**FILED BY THE COURT**
**09/06/2024**



Elisabetta G. M. Gasparini
US Bankruptcy Judge
District of South Carolina

Entered: 09/06/2024

4866-9438-6398 v.1