# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0420–3 | User: admin | Date Created: 9/6/2024 |
| Case: 24–02116–eg | Form ID: pdf01 | Total: 12 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | US Trustee's Office | USTPRegion04.CO.ECF@usdoj.gov |
| tr | Janet B. Haigler | jhaigler@haiglerlawfirm.com |
| aty | Derek A. Johnson | derek@gulleyjohnson.com |
| aty | Janet B. Haigler | jhaigler@haiglerlawfirm.com |
| aty | Jason D Wyman | Jason.wyman@wbd–us.com |
| aty | Jody A. Bedenbaugh | jody.bedenbaugh@nelsonmullins.com |
| aty | Michael H. Weaver | michael.weaver@rogerstownsend.com |
| aty | Richard R. Gleissner | rick@gleissnerlaw.com |
| aty | Robert P. Wood | robert.wood@rogerstownsend.com |

TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Sparc Foundry, LLC | 2600 Marlboro Way   Bennettsville, SC 29512 |
| cr | Bitmain Technologies Georgia Limited | c/o Jody Bedenbaugh   Nelson Mullins Riley & Scarborough LLP   P.O. Box 11070   Columbia, SC 29211 |
| aty | Peter J. Haley | Nelson Mullins Riley & Scarborough LLP   One Financial Center, Suite 3500   Boston, MA 02111 |

TOTAL: 3