UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In re

SPARC FOUNDRY, LLC,

Chapter 7
Case No. 24-02116-eg

Debtor

**Order**

A Motion and Application/Affidavit for Admission *Pro Hac Vice* has been filed in this

case and considered by the undersigned.

IT IS ORDERED THAT:

Applicant: Peter J. Haley who represents Bitmain Technologies Georgia Limited,

☒      Be **granted** admission *pro hac vice* in this case.

☐      Be **denied** admission *pro hac vice* in this case.

**FILED BY THE COURT**
**09/06/2024**



Elisabetta G. M. Gasparini
US Bankruptcy Judge
District of South Carolina

Entered: 09/06/2024

4866-9438-6398 v.1

United States Bankruptcy Court

District of South Carolina

In re:
Sparc Foundry, LLC
    Debtor

Case No. 24-02116-eg

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0420-3 | User: admin | Page 1 of 2
Date Rcvd: Sep 06, 2024 | Form ID: pdf01 | Total Noticed: 3

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Peter J. Haley, Nelson Mullins Riley & Scarborough LLP, One Financial Center, Suite 3500, Boston, MA 02111-2641 |
| cr | + | Bitmain Technologies Georgia Limited, c/o Jody Bedenbaugh, Nelson Mullins Riley & Scarborough LLP, P.O. Box 11070, Columbia, SC 29211-1070 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | Email/PDF: lawrencehao123@gmail.com | Sep 06 2024 21:59:00 | Sparc Foundry, LLC, 2600 Marlboro Way, Bennettsville, SC 29512 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Derek A. Johnson | on behalf of Creditor Minerset Holdings  LLC derek@gulleyjohnson.com |
| Janet B. Haigler | on behalf of Trustee Janet B. Haigler jhaigler@haiglerlawfirm.com  jhaigler@ecf.axosfs.com |
| Janet B. Haigler | jhaigler@haiglerlawfirm.com  jhaigler@ecf.axosfs.com |

District/off: 0420-3                                    User: admin                                    Page 2 of 2
Date Rcvd: Sep 06, 2024                                Form ID: pdf01                                 Total Noticed: 3

Jason D Wyman
        on behalf of Creditor Marlboro Electric Cooperative  Inc. Jason.wyman@wbd-us.com, scfslit@wbd-us.com

Jody A. Bedenbaugh
        on behalf of Creditor Bitmain Technologies Georgia Limited jody.bedenbaugh@nelsonmullins.com
        linnea.hann@nelsonmullins.com;paul.collins@nelsonmullins.com;katura.simons@nelsonmullins.com

Michael H. Weaver
        on behalf of Creditor Minerset Holdings  LLC michael.weaver@rogerstownsend.com

Richard R. Gleissner
        on behalf of Debtor Sparc Foundry  LLC rick@gleissnerlaw.com, anissa@gleissnerlaw.com

Robert P. Wood
        on behalf of Creditor Minerset Holdings  LLC robert.wood@rogerstownsend.com, WoodLitTeam@rtt-law.com

US Trustee's Office
        USTPRegion04.CO.ECF@usdoj.gov


TOTAL: 9