**NELSON MULLINS**

Peter J. Haley
Attorney
T: (617) 217-4714
peter.haley@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AND COUNSELORS AT LAW
One Financial Center
Suite 3500
Boston, MA  02111
T: (617) 217-4700   F: (617) 217-4710
nelsonmullins.com

September 23, 2024

The Honorable Elisabetta G. M. Gasparini
United States Bankruptcy Court
 for the District of South Carolina
J. Bratton Davis U.S. Bankruptcy Courthouse
1100 Laurel Street
Columbia, South Carolina 29201

Re:   In Re Sparc Foundry, LLC
      Chapter 7 Case No. 24-02116-eg

Dear Judge Gasparini:

This firm represents Bitmain Technologies Georgia Limited ("Bitmain") in the above-referenced matter. I am writing in accordance with the Court's Order of September 16, 2024 (Docket No. 34) (the "Order") directing Birman and the Debtor to file with the Court a letter advising the Court of the agreed upon dates for the deposition of Messrs. Hao and Yu, or, alternatively, dates on which they would *not* be available through October 15, 2024.

Debtor's counsel has been unable to provide any proposed dates to Bitmain, which otherwise is prepared to accommodate the schedules of  Messrs. Hao and Yu.  Bitmain does not have any knowledge of the schedules of Messrs. Hao and Yu which would permit it to respond to the Order in the alternative.

Respectfully,

*/s/ Peter J. Haley*

Peter J. Haley

cc: Richard R. Gleissner

PJH/lll

CALIFORNIA | COLORADO | DISTRICT OF COLUMBIA | FLORIDA | GEORGIA | ILLINOIS | MARYLAND | MASSACHUSETTS | MINNESOTA
NEW YORK | NORTH CAROLINA | OHIO | PENNSYLVANIA | SOUTH CAROLINA | TENNESSEE | TEXAS | VIRGINIA | WEST VIRGINIA
4878-3351-2168 v.1