# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0420–3 | User: admin | Date Created: 9/25/2024 |
| Case: 24–02116–eg | Form ID: pdf01 | Total: 24 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | US Trustee's Office | USTPRegion04.CO.ECF@usdoj.gov |
| tr | Janet B. Haigler | jhaigler@haiglerlawfirm.com |
| aty | Derek A. Johnson | derek@gulleyjohnson.com |
| aty | Janet B. Haigler | jhaigler@haiglerlawfirm.com |
| aty | Jason D Wyman | Jason.wyman@wbd–us.com |
| aty | Jody A. Bedenbaugh | jody.bedenbaugh@nelsonmullins.com |
| aty | Michael H. Weaver | michael.weaver@rogerstownsend.com |
| aty | Peter J. Haley | peter.haley@nelsonmullins.com |
| aty | Richard R. Gleissner | rick@gleissnerlaw.com |
| aty | Robert P. Wood | robert.wood@rogerstownsend.com |

TOTAL: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Sparc Foundry, LLC | 2600 Marlboro Way    Bennettsville, SC 29512 |
| cr | Bitmain Technologies Georgia Limited | c/o Jody Bedenbaugh    Nelson Mullins Riley & Scarborough LLP    P.O. Box 11070    Columbia, SC 29211 |
| 544387565 | Bennettech LLC | 215 East Bay Street    Suite 201k 1712    Charleston    SC 29401 |
| 544387566 | Bennettech, LLC | 215 East Bay Street, Suite 201K    Charleston SC 29401 |
| 544387567 | Bitmain Associates | 900 Old Roswell Lakes Parkway    Suite 310    Roswell, GA 30076 |
| 544387568 | City of Bennettsville | 501 E. Main Street    Bennettsville, SC 29512 |
| 544387569 | Data Volt SunSystems, LLC | 6650 Rivers Avenue    Suite 100    Charleston, SC 29406 |
| 544387570 | Duke Energy Progress | P.O. Box 1003    Charlotte, NC 28201 |
| 544387571 | KAMCP, LLC | 585 Cross Creek Trail    Gibsonville, NC 27249 |
| 544387572 | M. Dawes Cooke, Jr., Esquire | Barnwell Whaley Patterson and Helms, LLC    P.O. Drawer H    Charleston, SC 29401 |
| 544387575 | MPD Electric Cooperative, Inc. | 1301 E. Pocket Road    Florence, SC 29506 |
| 544387573 | Marlboro Electric Cooperative, Inc. | 676 Highway 9 E    Bennettsville, SC 29512 |
| 544387574 | Minerset Holdings, LLC | Registered Agent Solutions, Inc.    838 Walker Road, Suite 21–2    Dover, DE 19904 |
| 544387576 | Robert E. Lee, Esquire | 111 Witcover Street    Marion, SC 29571 |

TOTAL: 14