# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Sparc Foundry, LLC,<br><br>Debtor(s). | C/A No. 24-02116-EG<br><br>Chapter 7<br><br>**ORDER** |

**THIS MATTER** is before the Court on the Correspondence filed by Bitmain Technologies Georgia Limited ("Bitmain").[1] On September 16, 2024, this Court entered an Order on Motion for Protective Order, which designated Lixiong Hao ("Hao") and Jingrui Yu ("Yu") as representatives of the Debtor pursuant to Fed. R. Bankr. P. 9001(5) and ordered Hao and Yu to submit themselves to be examined pursuant to Fed. R. Bankr. P. 2004.[2] The Order further provided that:

> [T]he examination shall be conducted at a time and on a day stipulated by the attorneys for the parties or, if they do not agree, fixed by the Court. Within five (5) business days from the entry of this order, Debtor's counsel and Bitmain's counsel shall file with the Court joint correspondence setting forth the stipulated date and time for the examination of Lixiong Hao and Jingrui Yu. To the extent that the parties are unable to stipulate to a date and time, the correspondence should provide weekday dates for the remainder of September 2024 through October 15, 2024, when Hao and Yu would **not** be available to be examined in person in Columbia, South Carolina (taking into account the travel time), and the Court will then set a time and date accordingly.

The Correspondence states that "Debtor's counsel has been unable to provide any proposed dates to Bitmain, which otherwise is prepared to accommodate the schedules of Messrs. Hao and Yu." It appears from the Correspondence that the parties are unable to agree to a date and time for the examination of Hao and Yu.

---

[1] ECF No. 36, filed Sept. 23, 2024.
[2] ECF No. 34.

IT IS THEREFORE ORDERED that **on or before 5:00 PM on September 26, 2024**, Hao and Yu, through Debtor's counsel, shall file correspondence with this Court indicating the weekday dates for the remainder of September through October 15, 2024 when they will **not** be available. Upon their failure to do so, sanctions may be imposed. To the extent that Debtor's representatives fail to file the correspondence as requested herein or provide limited availability for the Rule 2004 examination in Columbia, South Carolina, the Court will schedule a hearing at which Debtor's representatives will be ordered to appear in person.

**AND IT IS SO ORDERED.**

**FILED BY THE COURT**
**09/25/2024**



Entered: 09/25/2024

Elisabetta G. M. Gasparini
US Bankruptcy Judge
District of South Carolina

United States Bankruptcy Court
District of South Carolina

In re: | Case No. 24-02116-eg
Sparc Foundry, LLC | Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0420-3      User: admin      Page 1 of 2
Date Rcvd: Sep 25, 2024      Form ID: pdf01      Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Bitmain Technologies Georgia Limited, c/o Jody Bedenbaugh, Nelson Mullins Riley & Scarborough LLP, P.O. Box 11070, Columbia, SC 29211-1070 |
| 544387565 | + | Bennettech LLC, 215 East Bay Street, Suite 201k 1712, Charleston, SC 29401-2633 |
| 544387566 | + | Bennettech, LLC, 215 East Bay Street, Suite 201K, Charleston, SC 29401-2635 |
| 544387567 | + | Bitmain Associates, 900 Old Roswell Lakes Parkway, Suite 310, Roswell, GA 30076-8667 |
| 544387568 | + | City of Bennettsville, 501 E. Main Street, Bennettsville, SC 29512-3257 |
| 544387569 | + | Data Volt SunSystems, LLC, 6650 Rivers Avenue, Suite 100, Charleston, SC 29406-4809 |
| 544387571 | + | KAMCP, LLC, 585 Cross Creek Trail, Gibsonville, NC 27249-9598 |
| 544387572 | + | M. Dawes Cooke, Jr., Esquire, Barnwell Whaley Patterson and Helms, LLC, P.O. Drawer H, Charleston, SC 29402-0197 |
| 544387575 | + | MPD Electric Cooperative, Inc., 1301 E. Pocket Road, Florence, SC 29506-8138 |
| 544387573 | + | Marlboro Electric Cooperative, Inc., 676 Highway 9 E, Bennettsville, SC 29512-7123 |
| 544387574 | + | Minerset Holdings, LLC, Registered Agent Solutions, Inc., 838 Walker Road, Suite 21-2, Dover, DE 19904-2751 |
| 544387576 | + | Robert E. Lee, Esquire, 111 Witcover Street, Marion, SC 29571-2929 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | | Email/PDF: lawrencehao123@gmail.com | Sep 25 2024 21:05:00 | Sparc Foundry, LLC, 2600 Marlboro Way, Bennettsville, SC 29512 |
| 544387570 | + | Email/PDF: PECBANKRUPTCY@duke-energy.com | Sep 25 2024 21:23:30 | Duke Energy Progress, P.O. Box 1003, Charlotte, NC 28201-1003 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2024      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Derek A. Johnson | on behalf of Creditor Minerset Holdings  LLC derek@gulleyjohnson.com |
| Janet B. Haigler | on behalf of Trustee Janet B. Haigler jhaigler@haiglerlawfirm.com  jhaigler@ecf.axosfs.com |
| Janet B. Haigler | jhaigler@haiglerlawfirm.com  jhaigler@ecf.axosfs.com |
| Jason D Wyman | on behalf of Creditor Marlboro Electric Cooperative  Inc. Jason.wyman@wbd-us.com, scfslit@wbd-us.com |
| Jody A. Bedenbaugh | on behalf of Creditor Bitmain Technologies Georgia Limited jody.bedenbaugh@nelsonmullins.com linnea.hann@nelsonmullins.com;paul.collins@nelsonmullins.com;katura.simons@nelsonmullins.com |
| Michael H. Weaver | on behalf of Creditor Minerset Holdings  LLC michael.weaver@rogerstownsend.com |
| Peter J. Haley | on behalf of Creditor Bitmain Technologies Georgia Limited peter.haley@nelsonmullins.com  marie.moss@nelsonmullins.com |
| Richard R. Gleissner | on behalf of Debtor Sparc Foundry  LLC rick@gleissnerlaw.com, anissa@gleissnerlaw.com |
| Robert P. Wood | on behalf of Creditor Minerset Holdings  LLC robert.wood@rogerstownsend.com, WoodLitTeam@rtt-law.com |
| US Trustee's Office | USTPRegion04.CO.ECF@usdoj.gov |

TOTAL: 10