| | |
|---|---|
| **From:** | Peter Haley |
| **To:** | Rick Gleissner |
| **Cc:** | Jody Bedenbaugh; Anissa Crow; Madison Jeffords |
| **Subject:** | RE: Sparc Foundry, LLC, Chapter 7 Case No. 24-02116- (Bankr. S.C.) |
| **Date:** | Monday, September 23, 2024 5:46:44 PM |

Yes, I can make that work.
Thanks

PJH

Peter Haley
peter.haley@nelsonmullins.com
617.217.4714
617-281-1517

**From:** Rick Gleissner <Rick@gleissnerlaw.com>
**Sent:** Monday, September 23, 2024 5:17 PM
**To:** Peter Haley <Peter.Haley@nelsonmullins.com>
**Cc:** Jody Bedenbaugh <jody.bedenbaugh@nelsonmullins.com>; Anissa Crow <Anissa@gleissnerlaw.com>; Madison Jeffords <madison@gleissnerlaw.com>
**Subject:** RE: Sparc Foundry, LLC, Chapter 7 Case No. 24-02116- (Bankr. S.C.)

Peter,

Does October 15, 2024 work for you all?  If so, I will have the clients make the reservations and let you know the costs.

Thanks
Rick

**From:** Peter Haley <Peter.Haley@nelsonmullins.com>
**Sent:** Friday, September 20, 2024 10:01 AM
**To:** Rick Gleissner <Rick@gleissnerlaw.com>
**Cc:** Jody Bedenbaugh <jody.bedenbaugh@nelsonmullins.com>
**Subject:** Sparc Foundry, LLC, Chapter 7 Case No. 24-02116- (Bankr. S.C.)

Rick

I am writing to follow up on compliance with the court's order as attached.
To tender the appropriate travel costs, we will need the departure addresses and estimated mileage/airfare.
More important, we need dates from your clients.

Thanks

PJH

**PETER J. HALEY**  **PARTNER**
peter.haley@nelsonmullins.com
**ONE FINANCIAL CENTER | SUITE 3500**
**BOSTON, MA 02111**
T **617.217.4714**   F **617.217.4710**
**NELSONMULLINS.COM**     **VCARD**   **VIEW BIO**

**Confidentiality Notice**
This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.