**Peter Haley**

---

**From:** Peter Haley
**Sent:** Thursday, September 12, 2024 2:39 PM
**To:** rick@gleissnerlaw.com
**Cc:** Jody Bedenbaugh
**Subject:** RE: Sparc Foundry, LLC, Chapter 7 Case No. 24-02116- (Bankr. S.C.)

Rick

Following up here on documents and a date for the depositions.
Please let me know what would be convenient.
Thanks

PJH



NELSON MULLINS

PETER J. HALEY  PARTNER
peter.haley@nelsonmullins.com
ONE FINANCIAL CENTER | SUITE 3500
BOSTON, MA 02111
T 617.217.4714   F 617.217.4710
NELSONMULLINS.COM   VCARD   VIEW BIO

**From:** Peter Haley
**Sent:** Friday, August 23, 2024 11:15 AM
**To:** rick@gleissnerlaw.com
**Subject:** Sparc Foundry, LLC, Chapter 7 Case No. 24-02116- (Bankr. S.C.)

Rick

I would like to agree on a date for the Rule 2004 depositions of your clients.
Please let me know what dates would work on your side.

Thanks

PJH

NELSON MULLINS

PETER J. HALEY  PARTNER
peter.haley@nelsonmullins.com

1

**Peter Haley**

| | |
|---|---|
| **From:** | Peter Haley |
| **Sent:** | Tuesday, September 17, 2024 9:04 AM |
| **To:** | rick@gleissnerlaw.com |
| **Cc:** | Jody Bedenbaugh |
| **Subject:** | RE: Sparc Foundry, LLC, Chapter 7 Case No. 24-02116- (Bankr. S.C.) |

Rick

Given the entry of the 9/16 order in this matter, please let me know some dates that would work for your clients.
Thanks

PJH


Peter Haley
peter.haley@nelsonmullins.com
617.217.4714
617-281-1517

**From:** Peter Haley
**Sent:** Thursday, September 12, 2024 2:39 PM
**To:** rick@gleissnerlaw.com
**Cc:** Jody Bedenbaugh <jody.bedenbaugh@nelsonmullins.com>
**Subject:** RE: Sparc Foundry, LLC, Chapter 7 Case No. 24-02116- (Bankr. S.C.)

Rick

Following up here on documents and a date for the depositions.
Please let me know what would be convenient.
Thanks

PJH



**NELSON MULLINS**

PETER J. HALEY  PARTNER
peter.haley@nelsonmullins.com
ONE FINANCIAL CENTER | SUITE 3500
BOSTON, MA 02111
T 617.217.4714   F 617.217.4710
NELSONMULLINS.COM   VCARD   VIEW BIO


**From:** Peter Haley
**Sent:** Friday, August 23, 2024 11:15 AM

1

**Peter Haley**

| | |
|---|---|
| **From:** | Peter Haley |
| **Sent:** | Friday, September 20, 2024 10:01 AM |
| **To:** | rick@gleissnerlaw.com |
| **Cc:** | Jody Bedenbaugh |
| **Subject:** | Sparc Foundry, LLC, Chapter 7 Case No. 24-02116- (Bankr. S.C.) |
| **Attachments:** | Order.pdf |

Rick

I am writing to follow up on compliance with the court's order as attached.
To tender the appropriate travel costs, we will need the departure addresses and estimated mileage/airfare.
More important, we need dates from your clients.

Thanks

PJH


# NELSON MULLINS

PETER J. HALEY  PARTNER
peter.haley@nelsonmullins.com

ONE FINANCIAL CENTER | SUITE 3500
BOSTON, MA 02111
T 617.217.4714   F 617.217.4710
NELSONMULLINS.COM   VCARD   VIEW BIO

1

**Peter Haley**

| | |
|---|---|
| **From:** | Rick Gleissner <Rick@gleissnerlaw.com> |
| **Sent:** | Friday, September 20, 2024 10:07 AM |
| **To:** | Peter Haley |
| **Cc:** | Jody Bedenbaugh; Madison Jeffords; Anissa Crow |
| **Subject:** | RE: Sparc Foundry, LLC, Chapter 7 Case No. 24-02116- (Bankr. S.C.) |

**External Source/Sender notice**
Use caution responding or clicking links/attachments.

Report Suspicious

Thank you for this reminder. We have asked Lawrence and Ray for three days – one for travel to Columbia, one for the Deposition, and one to return to California. They are trying to figure out when they can arrange this.

Thanks
Rick


**From:** Peter Haley <Peter.Haley@nelsonmullins.com>
**Sent:** Friday, September 20, 2024 10:01 AM
**To:** Rick Gleissner <Rick@gleissnerlaw.com>
**Cc:** Jody Bedenbaugh <jody.bedenbaugh@nelsonmullins.com>
**Subject:** Sparc Foundry, LLC, Chapter 7 Case No. 24-02116- (Bankr. S.C.)

Rick

I am writing to follow up on compliance with the court's order as attached.
To tender the appropriate travel costs, we will need the departure addresses and estimated mileage/airfare.
More important, we need dates from your clients.

Thanks

PJH


PETER J. HALEY  PARTNER
peter.haley@nelsonmullins.com
ONE FINANCIAL CENTER | SUITE 3500
BOSTON, MA 02111
T 617.217.4714   F 617.217.4710
NELSONMULLINS.COM   VCARD   VIEW BIO

1