UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re<br><br>SPARC FOUNDRY, LLC,<br><br><br>Debtor | Chapter 7<br>Case No. 24-02116-eg |

**SUPPLEMENTAL RESPONSE OF BITMAIN TECHNOLOGIES GEORGIA LIMITED
TO SUPPLEMENTAL ORDER AS TO RULE TO SHOW CAUSE**

Bitmain Technologies Georgia Limited ("**Bitmain**") responds further to the Court's Supplemental Order as to Rule to Show Cause [Docket No. 39] ("**Supplemental Order**") as follows:

1. On October 15, 2024, counsel for Bitmain conducted the depositions of Lixiong Hao and Jingrui Yu at Columbia, South Carolina, in accordance with Rule 2004 of the Federal Rules of Bankruptcy Procedure. The Debtor made a production of documents in response to the requests made by Bitmain.

Wherefore, Bitmain prays that the Court accept this further Response and grant any and all further relief that the Court deems appropriate.

           Respectfully Submitted,

           NELSON MULLINS RILEY & SCARBOROUGH L.L.P.

           By: */s/ Peter J. Haley*
           Peter J. Haley (*pro hac vice*)
           Nelson Mullins Riley & Scarborough LLP
           One Financial Center, Suite 3500
           Boston, MA 02111
           Tel. (617) 217-4714
           Email: peter.haley@nelsonmullins.com
           Jody A. Bedenbaugh D.S.C. ID No. 9210
           Email: Jody.Bedenbaugh@nelsonmullins.com
           Paul T. Collins, D.S.C. ID No. 9055
           Email: Paul.Collins@nelsonmullins.com
           1320 Main Street / 17th Floor
           Post Office Box 11070 (29211)
           Columbia, SC 29201
October 17, 2024           Telephone: (803) 799-2000
           *Attorneys for Bitmain Technologies Georgia Limited*

4868-0219-7489 v.1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In re

SPARC FOUNDRY, LLC,

Chapter 7
Case No. 24-02116-eg

Debtor

## CERTIFICATE OF SERVICE

I the undersigned with the law offices of Nelson Mullins Riley & Scarborough LLP, attorneys for Bitmain Technologies Georgia Limited, do hereby certify that I have served all parties in this action with a copy of the pleading(s) hereinbelow specified by either mailing a copy of the same by United States Mail, postage prepaid, or electronic service through the court's CM/ECF case filing system to the following:

Pleadings:

SUPPLEMENTAL RESPONSE OF BITMAIN TECHNOLOGIES GEORGIA LIMITED
TO SUPPLEMENTAL ORDER AS TO RULE TO SHOW CAUSE

Parties Served by US Mail:

> Sparc Foundry, LLC
> 2600 Marlboro Way
> Bennettsville, SC 29512
>
> Lixiong Hao
> c/o Richard R. Gleissner
> Gleissner Law Firm, L.L.C.
> 1316 Washington Street, Suite 101
> Columbia, SC 29201
>
> Jingrui Yu
> c/o Richard R. Gleissner
> Gleissner Law Firm, L.L.C.
> 1316 Washington Street, Suite 101
> Columbia, SC 29201

4868-0219-7489 v.1

<pre>
                        US Trustee's Office
                        Strom Thurmond Federal Building
                        1835 Assembly St., Suite 953
                        Columbia, SC 29201
</pre>

Parties Served by CM/ECF:

        Richard R. Gleissner
        rick@gleissnerlaw.com

        Janet B. Haigler
        jhaigler@haiglerlawfirm.com

                                      */s/ Peter J. Haley*
                                      Peter J. Haley

October 17, 2024