# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0420–3 | User: admin | Date Created: 10/18/2024 |
| Case: 24–02116–eg | Form ID: pdf01 | Total: 7 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Janet B. Haigler | jhaigler@haiglerlawfirm.com |
| aty | Janet B. Haigler | jhaigler@haiglerlawfirm.com |
| aty | Jody A. Bedenbaugh | jody.bedenbaugh@nelsonmullins.com |
| aty | Peter J. Haley | peter.haley@nelsonmullins.com |
| aty | Richard R. Gleissner | rick@gleissnerlaw.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Sparc Foundry, LLC | 2600 Marlboro Way | Bennettsville, SC 29512 | |
| cr | Bitmain Technologies Georgia Limited | c/o Jody Bedenbaugh | Nelson Mullins Riley & Scarborough LLP | P.O. Box 11070    Columbia, SC 29211 |

TOTAL: 2