**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 24−02116−eg                                           Chapter: 7

**In re:**
Sparc Foundry, LLC

| **Entered By The Court** **11/6/24** | **FINAL DECREE, DISCHARGING TRUSTEE AND CLOSING CASE** | **Filed By The Court** **11/6/24** **Lauren T Maxwell** **Clerk of Court** **US Bankruptcy Court** |

The estate of the above−named debtor(s) has been fully administered. Therefore,

*Janet B. Haigler* is discharged as trustee of the estate and the Chapter 7 case of the above named−debtor(s) is closed.

**IT IS SO ORDERED.**

Elisabetta G.M. Gasparini
United States Bankruptcy Judge