# Notice Recipients

District/Off: 0420–3     User: admin     Date Created: 11/6/2024
Case: 24–02116–eg     Form ID: 190BNC     Total: 12

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | US Trustee's Office | USTPRegion04.CO.ECF@usdoj.gov |
| tr | Janet B. Haigler | jhaigler@haiglerlawfirm.com |
| aty | Derek A. Johnson | derek@gulleyjohnson.com |
| aty | Janet B. Haigler | jhaigler@haiglerlawfirm.com |
| aty | Jason D Wyman | Jason.wyman@wbd–us.com |
| aty | Jody A. Bedenbaugh | jody.bedenbaugh@nelsonmullins.com |
| aty | Michael H. Weaver | michael.weaver@rogerstownsend.com |
| aty | Peter J. Haley | peter.haley@nelsonmullins.com |
| aty | Richard R. Gleissner | rick@gleissnerlaw.com |
| aty | Robert P. Wood | robert.wood@rogerstownsend.com |

TOTAL: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Sparc Foundry, LLC | 2600 Marlboro Way | Bennettsville, SC 29512 | |
| cr | Bitmain Technologies Georgia Limited | c/o Jody Bedenbaugh | Nelson Mullins Riley & Scarborough LLP | P.O. Box 11070   Columbia, SC 29211 |

TOTAL: 2