**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 24–02116–eg

Chapter: 7

**In re:**

Sparc Foundry, LLC

| Entered By The Court 11/6/24 | **FINAL DECREE, DISCHARGING TRUSTEE AND CLOSING CASE** | **Filed By The Court** 11/6/24 Lauren T Maxwell Clerk of Court US Bankruptcy Court |

The estate of the above−named debtor(s) has been fully administered. Therefore,

*Janet B. Haigler* is discharged as trustee of the estate and the Chapter 7 case of the above named−debtor(s) is closed.

**IT IS SO ORDERED.**

Elisabetta G.M. Gasparini
United States Bankruptcy Judge

United States Bankruptcy Court

District of South Carolina

| | |
|---|---|
| In re: | Case No. 24-02116-eg |
| Sparc Foundry, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0420-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 06, 2024 | Form ID: 190BNC | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Bitmain Technologies Georgia Limited, c/o Jody Bedenbaugh, Nelson Mullins Riley & Scarborough LLP, P.O. Box 11070, Columbia, SC 29211-1070 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | Email/PDF: lawrencehao123@gmail.com | Nov 06 2024 20:59:00 | Sparc Foundry, LLC, 2600 Marlboro Way, Bennettsville, SC 29512 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2024            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Derek A. Johnson | on behalf of Creditor Minerset Holdings LLC derek@gulleyjohnson.com |
| Janet B. Haigler | jhaigler@haiglerlawfirm.com jhaigler@ecf.axosfs.com |
| Janet B. Haigler | on behalf of Trustee Janet B. Haigler jhaigler@haiglerlawfirm.com jhaigler@ecf.axosfs.com |

District/off: 0420-3     User: admin     Page 2 of 2
Date Rcvd: Nov 06, 2024     Form ID: 190BNC     Total Noticed: 2

| Name | Details |
|---|---|
| Jason D Wyman | on behalf of Creditor Marlboro Electric Cooperative Inc. Jason.wyman@wbd-us.com, scfslit@wbd-us.com |
| Jody A. Bedenbaugh | on behalf of Creditor Bitmain Technologies Georgia Limited jody.bedenbaugh@nelsonmullins.com linnea.hann@nelsonmullins.com;paul.collins@nelsonmullins.com;katura.simons@nelsonmullins.com |
| Michael H. Weaver | on behalf of Creditor Minerset Holdings LLC michael.weaver@rogerstownsend.com |
| Peter J. Haley | on behalf of Creditor Bitmain Technologies Georgia Limited peter.haley@nelsonmullins.com marie.moss@nelsonmullins.com |
| Richard R. Gleissner | on behalf of Debtor Sparc Foundry LLC rick@gleissnerlaw.com, anissa@gleissnerlaw.com |
| Robert P. Wood | on behalf of Creditor Minerset Holdings LLC robert.wood@rogerstownsend.com, WoodLitTeam@rtt-law.com |
| US Trustee's Office | USTPRegion04.CO.ECF@usdoj.gov |

TOTAL: 10